# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3807

_____

United States of America,           *
                                  *

        Appellee,        *

                                  *   Appeal from the United States

     v.                       *   District Court for the

                                  *   District of Nebraska

Gustavo Lopez-Tapia,          *

                                  *   [UNPUBLISHED]

        Appellant.      *

_____

Submitted: October 7, 2004
Filed: November 12, 2004

_____

Before WOLLMAN, McMILLIAN and RILEY, Circuit Judges.

_____

PER CURIAM.

Gustavo Lopez-Tapia appeals from the final judgment entered in the District Court[1] for the District of Nebraska upon his plea of guilty to conspiring to distribute and possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846 and 18 U.S.C. § 2. The district court sentenced appellant to 240 months imprisonment and 10 years supervised release. For reversal, counsel for appellant argues the district court abused its discretion in denying a motion for downward departure based on family hardship. Appellant has moved pro se to file a

_____

[1]The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

supplemental brief based on <u>Blakely v. Washington</u>, 124 S. Ct. 2531 (2004).  For the reasons discussed below, we affirm the judgment of the district court.

After carefully reviewing the record, and in particular the written and oral remarks of the district court, we conclude that the court was fully aware of its authority to depart downward but declined to do so based on the facts of this case. Thus, we hold  that the district court made a discretionary decision not to depart downward, which is unreviewable.  <u>See</u> <u>United States v. Walterman</u>, 343 F.3d 938, 942 (8th Cir. 2003).

Given that appellant received the statutory minimum sentence, <u>see</u> 21 U.S.C. § 841(b)(1)(A), with no enhancements based on judicially found facts, we conclude that supplemental briefing based on <u>Blakely</u> is unnecessary.

Accordingly, we deny the pending motion, and we affirm the judgment of the district court.

_____